■ In the Matter of ELAINE WARD, Appellant, v CITY OF NEW YORK et al., Respondents. [28 NYS3d 881]—

Order, Supreme Court, New York County (Donna M. Mills, J.), entered December 12, 2014, which denied petitioner's motion for leave to renew her motion to compel enforcement of an order of this Court, unanimously affirmed, without costs. Order, same court and Justice, entered April 20, 2015, which denied petitioner's motion for a traverse hearing, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered October 24, 2014, which denied petitioner's motion to compel enforcement of an order of this Court, unanimously dismissed, without costs, as moot.

This proceeding, brought pursuant to CPLR article 78, has been finally determined by an order of the Court of Appeals dismissing the petition (23 NY3d 1046 [2014], *rearg denied* 24 NY3d 1030 [2014]). Supreme Court correctly found that it lacked authority to overturn the order of the Court of Appeals (*see Matter of McKenna v County of Nassau, Off. of County Attorney*, 61 NY2d 739 [1984]; *Brown v Brown*, 169 AD2d 487 [1st Dept 1991]; *Maracina v Schirrmeister*, 152 AD2d 502 [1st Dept 1989]).

Petitioner's appeal from the order denying her attempt to enforce an order of this Court was rendered moot by the Court of Appeals' reversal of this Court's order (111 AD3d 498 [1st Dept 2013], *revd* 23 NY3d 1046 [2014]). Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Gesmer, JJ.